# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Fitzgerald, Michael W. | 2. Court or Organization<br><br>U.S. District Court, Central District of California | 3. Date of Report<br><br>07/20/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☑ Nomination,   Date 07/20/2011<br>☐ Initial   ☐ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>07/15/2011 |
| 7. Chambers or Office Address<br><br>Corbin, Fitzgerald & Athey LLP<br>601 West Fifth Street, Suite 1150<br>Los Angeles, CA 90027-2024 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Corbin, Fitzgerald & Athey LLP |
| 2. Director | Federal Bar Association, Los Angeles Chapter |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 07/20/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | self-employed lawyer | $580,265.00 |
| 2. 2010 | self-employed lawyer | $428,929.00 |
| 3. 2011 | self-employed lawyer | $160,002.27 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 07/20/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America cash accounts | A | Interest | J | T | Exempt | | | | |
| 2. Brokerage account #1 | | | | | Exempt | | | | |
| 3. -- Aberdeen Emrg Mkts Instl (ABEMX) | A | Dividend | K | T | | | | | |
| 4. -- Allianz AGIC Opportunity Fund Instl CL (POFIX) | | None | K | T | | | | | |
| 5. -- Artisan Intl Fund (ARTIX) | A | Dividend | L | T | | | | | |
| 6. -- Blackrock Equity Dividend (MADVX) | B | Dividend | L | T | | | | | |
| 7. -- Dodge & Cox Intl Stock (DODFX) | A | Dividend | L | T | | | | | |
| 8. -- Fidelity Contrafund (FCNTX) | A | Dividend | L | T | | | | | |
| 9. -- ICM Smalll Cap Company Portfolio Inst CL (ICSCSX) | A | Dividend | K | T | | | | | |
| 10. -- JPMorgan Mid Cap Value (FLMVX) | A | Dividend | K | T | | | | | |
| 11. -- JPMorgan Strategic Incm SEL SHR (JSOSX) | B | Dividend | K | T | | | | | |
| 12. -- Marketfield Fund (MFLDX) | | None | K | T | | | | | |
| 13. -- Morgan Stanley Mid Cap Growth CL 1 (MPEGX) | A | Dividend | K | T | | | | | |
| 14. -- Oakmart Intl Small Cap Fund CL (OAKEX) | A | Dividend | K | T | | | | | |
| 15. -- Permanent Portfolio (PRPFX) | A | Dividend | L | T | | | | | |
| 16. -- RiverNorth Core Opportunity Fund (RNCOX) | | None | L | T | | | | | |
| 17. -- RS Emrg Mkts Fund CL Y (RSENX) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Schwab Govt Money Fund (SWGXX) | A | Dividend | J | T | | | | | |
| 19. -- Selected American Shares CL S (SLASX) | A | Dividend | L | T | | | | | |
| 20. -- UBS AB Jersey 2040F (MLPI) | A | Dividend | K | T | | | | | |
| 21. Brokerage account #2 | | | | | Exempt | | | | |
| 22. -- Aberdeen Emrg Mkets Instl (ABEMX) | | None | J | T | | | | | |
| 23. -- Allianz OCC Opportunity Fund Istl CL (POFIX) | | None | J | T | | | | | |
| 24. -- Artisan Intl Fund (ARTIX) | A | Dividend | J | T | | | | | |
| 25. -- Blackrock Equity Dividend (MADVX) | A | Dividend | K | T | | | | | |
| 26. -- Dodge & Cox Intl Stock (DODFX) | A | Dividend | K | T | | | | | |
| 27. -- Fidelity Contrafund (FCNTX) | A | Dividend | K | T | | | | | |
| 28. -- ICM Small Cap Company Portfolio Inst CL (ICSCX) | A | Dividend | J | T | | | | | |
| 29. -- JPMorgan Mid Cap Value (FLMVX) | A | Dividend | J | T | | | | | |
| 30. -- JPMorgan Strategic Incm SEL SHR (JSOSX) | A | Dividend | J | T | | | | | |
| 31. -- Marketfield Fund (MFLDX) | | None | J | T | | | | | |
| 32. -- Merger Fund (MERFX) | A | Dividend | | | | | | | |
| 33. -- Morgan Stanley Mid Cap Growth CL I (MPEGX) | A | Dividend | | | | | | | |
| 34. -- Oakmark Intl Small Cap Fund CL (OAKEX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- Permanent Portfolio (PRPFX) | A | Dividend | J | T | | | | | |
| 36. -- RiverNorth Core Opportunity Fund (RNCOX) | | None | J | T | | | | | |
| 37. -- RS Emrg Mkts Fund CL Y (RSENX) | A | Dividend | J | T | | | | | |
| 38. -- Schwab Amt Tf Mmf (SWFXX) | A | Dividend | K | T | | | | | |
| 39. -- Selected American Shares CL S (SLASX) | A | Dividend | K | T | | | | | |
| 40. -- Steelpath MLP Alpha Fund I (MLPOX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 8 | 069 | Notes payable to banks-secured | | | |
| U.S. Government securities | . | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 036 | 009 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | 38 | 449 | Unpaid income tax | | | |
| Due from others | | 3 | 100 | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 187 | 998 |
| Real estate owned – personal residence | 1 | 147 | 300 | Chattel mortgages and other liens payable | | - | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 85 | 000 | Car lease | | 8 | 395 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Tax Refunds for 2010 | | 13 | 570 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 196 | 393 |
| | | | | Net Worth | 2 | 135 | 104 |
| Total Assets | 2 | 331 | 497 | Total liabilities and net worth | 2 | 331 | 497 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |